FILED
07 NOV 16 PM 3:40
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER K. PRATER,

    Plaintiff,

vs.

WARDEN, ET. AL @ Folsom

    Defendant.

CASE NO. C 07 5382 TEH PR

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

I, CHRISTOPHER K. PRATER, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ____ No X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.  (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  __P.I.A.___AUGUST 28, 2007___$80 A MONTH_____
5  _____
6  _____
7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9       a.   Business, Profession or                    Yes ___ No ✓
10           self employment
11      b.   Income from stocks, bonds,                 Yes ___ No ✓
12           or royalties?
13      c.   Rent payments?                             Yes ___ No ✓
14      d.   Pensions, annuities, or                    Yes ___ No ✓
15           life insurance payments?
16      e.   Federal or State welfare payments,         Yes ✓ No ___
17           Social Security or other govern-
18           ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.  _Prison Industry Authority_____
21  _____
22  _____
23  3.   Are you married?                               Yes ___ No X
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $_____
28  4.   a.   List amount you contribute to your spouse's support:$ _____

1  b.  List the persons other than your spouse who are dependent upon you for
2      support and indicate how much you contribute toward their support. (NOTE:
3      For minor children, list only their initials and ages. DO NOT INCLUDE
4      THEIR NAMES.).
5  __N/A_____
6  _____
7  5. Do you own or are you buying a home?   Yes ____ No _X_
8  Estimated Market Value: $_____ Amount of Mortgage: $_____
9  6. Do you own an automobile?   Yes ____ No _X_
10 Make _____ Year _____ Model _____
11 Is it financed? Yes ____ No _X_ If so, Total due: $_____
12 Monthly Payment: $_____
13 7. Do you have a bank account?  Yes ____ No _X_ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 _____
16 Present balance(s): $_____
17 Do you own any cash? Yes ____ No _X_ Amount: $_____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.)   Yes ____ No _X_
20 _____
21 8. What are your monthly expenses?
22 Rent: $__N/A_____ Utilities: __N/A__
23 Food: $__N/A_____ Clothing: __N/A__
24 Charge Accounts:
25 Name of Account        Monthly Payment        Total Owed on This Acct.
26 __N/A_____   $ __N/A_____   $ __N/A_____
27 _____   $ _____   $ _____
28 _____   $ _____   $ _____

1  9.   Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do not include account numbers.)
3  _____CHILD SUPPORT BACK ARREARS_____
4  _____
5  10.  Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?   Yes ___   No  X
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____
10 _____

11    I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13    I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.

15
16  10-28-07                           Christopher K. Prater
17    DATE                              SIGNATURE OF APPLICANT

```
REPORT ID: TS3030   701                                          REPORT DATE: 11/05/07
                                                                 PAGE NO:

                         CALIFORNIA DEPARTMENT OF CORRECTIONS
                            CALIFORNIA STATE PRISON, SOLANO
                            INMATE TRUST ACCOUNTING SYSTEM
                            INMATE TRUST ACCOUNT STATEMENT

                   FOR THE PERIOD: MAY 01, 2007 THRU NOV. 01, 2007

ACCOUNT NUMBER : V87110                    BED/CELL NUMBER: FA8B113000013L
ACCOUNT NAME   : PALTER, CHRISTOPHER MILE  ACCOUNT TYPE   : I
PRIVILEGE GROUP: D
                            TRUST ACCOUNT ACTIVITY

         TRAN
DATE    CODE  DESCRIPTION    COMMENT    CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE
------  ----  -------------  ---------  ---------   --------   -----------   -------

05/01/2007    BEGINNING BALANCE

05/02  D550  INMATE PAYROL 605063IP04              76.50                    115.61
05/04  W214  FEDERAL FILIN V87110                              ...
05/04  W214  FEDERAL FILIN V87110
05/04  W531  FUND RAISER T S134CHIOPR
05/07  FC01  DRAW-FAC 1    605149
05/16  W516  LEGAL COPY CH 605346 L
05/16  W516  LEGAL COPY CH 605346 L
05/16  W516  LEGAL COPY CH 605346 L
05/23  W502  POSTAGE CHARG 605465
05/23  W502  POSTAGE CHARG 605465
05/23  W502  POSTAGE CHARG 605465
05/23  W502  POSTAGE CHARG 605465
05/23  W502  POSTAGE CHARG 605465
05/23  W502  POSTAGE CHARG 605465
05/23  W502  POSTAGE CHARG 605465
05/30  W516  LEGAL COPY CH 605489
06/04  D550  INMATE PAYROL 605577IP04
06/06  W214  FEDERAL FILIN V87110 993
06/06  FC01  DRAW-FAC 1    700764
06/14  W502  POSTAGE CHARG 605890 L
06/25  D330  CASH DEPOSIT  061007
06/26  W516  LEGAL COPY CH 606094
06/26  W516  LEGAL COPY CH 606094              2.40   12.36
06/26  W516  LEGAL COPY CH 606094
06/26  W502  POSTAGE CHARG 606093 L
07/02 *D550  INMATE PAYROL 706067IP04
07/06  W502  POSTAGE CHARG 706090 L
07/06  W516  LEGAL COPY CH 706092 L
07/06  W516  LEGAL COPY CH 706094 L
07/06  W214  FEDERAL FILIN V87110 993
07/09  FC01  DRAW-FAC 1    706113
08/02  D340  EFT DEPOSIT   08011SUPAY
08/03  D550  INMATE PAYROL 708561P04
08/06  W214  FEDERAL FILIN V87110 993
08/06  W502  POSTAGE CHARG 706595 L
08/06  W502  POSTAGE CHARG 706595 L
08/06  W502  POSTAGE CHARG 706595 L
08/06  W502  POSTAGE CHARG 706595 L
08/06  W502  POSTAGE CHARG 706595 L
08/06  W502  POSTAGE CHARG 706595 L
08/07  FC01  DRAW-FAC 1    706608
```

```
REPORT ID: TS3030   701                                                    
                        CALIFORNIA STATE PRISON
                        INMATE TRUST ACCOUNT STATEMENT

                   FOR THE PERIOD: MAY   , 2007 THRU              2007

ACCT:  V67110      ACCT NAME: FRATER                       ACCT TYPE:
       TRAN
DATE   CODE  DESCRIPTION   COMMENT                         WITHDRAWALS   BALANCE
-----  ----  ------------- ----------                      -----------   -------
08/21  W516  LEGAL COPY CH 700939 L                                       
09/28  W516  LEGAL COPY CH 701019 L                                       
09/28  W516  LEGAL COPY CH 701019 L                                       
09/28  W516  LEGAL COPY CH 701019 L                                       
09/05  D550  INMATE PAYROL 701109JPWS                                     
09/07  WE14  FEDERAL FILIN V67110 JPJ                                     
09/12  W516  LEGAL COPY CH 701216                                         
09/12  W516  LEGAL COPY CH 701216                                         
09/13  W502  POSTAGE CHARG 701252 L                        0.80           
09/13  W502  POSTAGE CHARG 701252 L                                       
09/13  W502  POSTAGE CHARG 701252 L                                       
09/13  W502  POSTAGE CHARG 701252 L                                       
09/13  W502  POSTAGE CHARG 701252 L                                       
09/26  W502  POSTAGE CHARG 701497 L                                       
10/01  W516  LEGAL COPY CH 701553                                         
10/17  WE15  COPY CHARGE   701905                                         
10/19  W516  LEGAL COPY CH 701937                                         

                        CURRENT HOLDS IN EFFECT

DATE        HOLD
PLACED      CODE     DESCRIPTION                                 HOLD AMOUNT
---------   ----     -----------                                 -----------
08/28/2007  H102     EYEGLASSES HOLD
10/05/2007  H118     LEGAL COPIES HOLD
10/16/2007  H118     LEGAL COPIES HOLD                              0.60
10/16/2007  H118     LEGAL COPIES HOLD                              1.00
10/17/2007  H109     LEGAL POSTAGE HOLD                             4.60
10/24/2007  H118     LEGAL COPIES HOLD
10/24/2007  H118     LEGAL COPIES HOLD
10/24/2007  H118     LEGAL COPIES HOLD
10/24/2007  H118     LEGAL COPIES HOLD     701059 L                 2.80
10/29/2007  H109     LEGAL POSTAGE HOLD    701165 L
10/30/2007  H118     LEGAL COPIES HOLD

                           TRUST ACCOUNT SUMMARY

BEGINNING    TOTAL         TOTAL           CURRENT      HOLDS      TRANSACTIONS
BALANCE      DEPOSITS      WITHDRAWALS     BALANCE      BALANCE    TO BE POSTED
---------    ---------     ------------    --------     -------    ------------
```



THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 11/2/07
CALIFORNIA DEPARTMENT OF CORRECTIONS.
BY ~~Karen C. Davis~~
TRUST OFFICE

Case Number: C-07 5382 TEH (PR)

# CERTIFICATE OF FUNDS
# IN
# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of __CHRISTOPHER PRATER__ for the last six months
[prisoner name]
__OLD FOLSOM PRISON__ where (s)he is confined.
[name of institution]
I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ __64.18__ and the average balance in the prisoner's account each month for the most recent 6-month period was $ __73.56__.

Dated: __11/2/07__                    __Karen C. Davis__
                                      [Authorized officer of the institution]

V 67110

- 5 -

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**INSTRUCTIONS FOR PRISONER'S
IN FORMA PAUPERIS APPLICATION**

You must submit to the court a completed Prisoner's In Forma Pauperis Application if you are unable to pay the entire filing fee at the time you file your complaint or petition. Your application must include copies of the prisoner trust account statement showing transactions for the last six months and a certificate of funds in prisoner's account, signed by an authorized officer of the institution.

A.   **Non-habeas Civil Actions**

Effective April 9, 2006, the filing fee for any civil action other than a habeas is $350.00. Even if you are granted leave to proceed in forma pauperis, you must still pay the full amount of the court's filing fee, but the fee will be paid in several installments. 28 U.S.C. § 1915.

You must pay an initial partial filing fee of 20 percent of the greater of (a) the average monthly deposits to your account for the 6-month period immediately before the complaint was filed or (b) the average monthly balance in your account for the 6-month period immediately before the complaint was filed. The court will use the information provided on the certificate of funds and the trust account statement to determine the filing fee immediately due and will send instructions to you and the prison trust account office for payment if in forma pauperis status is granted.

After the initial partial filing fee is paid, your prison's trust account office will forward to the court each month 20 percent of the most recent month's income to your prison trust account, to the extent the account balance exceeds ten dollars ($10.00). Monthly payments will be required until the full filing fee is paid. If you have no funds over ten dollars ($10.00) in your account, you will not be required to pay part of the filing fee that month.

If your application to proceed in forma pauperis is granted, you will be liable for the full $350.00 filing fee even if your civil action is dismissed. That means the court will continue to collect payments until the entire filing fee is paid. However, if you do not submit this completed application the action will be dismissed without prejudice and the filing fee will not be collected.

B.   **Habeas Actions**

The filing fee for a habeas action is $5.00. If you are granted leave to proceed in forma pauperis you will not be required to pay any portion of this fee. If you are not granted leave to proceed in forma pauperis you must pay the fee in one payment and not in installments. **If you use a habeas form to file a non-habeas civil action, you will be required to pay the $350.00 filing fee applicable to all non-habeas civil actions.**

IFP APPLI.-PRISONER (Rev. 4/06)