1. Christopher Kyle Prater.
2. V-67110
3. P.O. Box 3481 / 4B·3L·41R
4. Corcoran, CA 93212

FILED
08 APR 14 PM 1:59

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States District Court

Northern District of California

Christopher K. Prater
  Plaintiff

Case No. C-07-05382 TEH (PR)

Memorandum of Points of Authority for Relief

VS.

Folsom State Prison, Warden
  Defendant

Plaintiff's motion is based on the facts and issues raised in this original complaint. I, Christopher Prater, do hereby declare as follows: Plaintiff is currently in administrative segregation, and can only be selected when plaintiff is currently in administrative segregation, and can only be selected when plaintiff's building is authorized. Plaintiff actual library, and law library access possibilities are substantiality limited. It would not be out of the ordinary for plaintiff to gain access to the library once every two weeks, with a two (2) hour time frame.

[1]

## MEMORANDUM OF POINTS OF AUTHORITY

PLAINTIFF CANNOT STUDY, OR BECOME SELF-TAUGHT IN THE TIME CURRENTLY ALLOTED UNDER THIS COURT'S PROCEDURE, AND TIME RULES. THE COURT SHOULD EVALUATE THE LIKELIHOOD OF SUCCESS ON THE MERIT'S AND THE ABILITY OF THE PRO-SE APPELLANT TO ARTICULATE HIS CLAIMS PRE-SE IN LIGHT OF COMPLEXITY OF THE ISSUES INVOLVED.
(WEYGANDT V. LOOK 718 F.2d 952, 954 (9th Cir. 1983));
(KREILING V. FIELD, 431 F.2d 638-640 (9th Cir. 1970));
(CHAMY V. LEWS, 801 F.2d 1191, 1196 (1986); IN SHORT, EXCEPTIONAL CIRCUMSTANCES ARE REQUIRED.

IF THE PLAINTIFF URGES HIS CASE TO CONTINUE TO HAVE MEANINGFUL PURPOSE; IT MUST BE ACCESIBLE TO NOT ONLY TO THOSE WITH STRONG LEGAL BACKGROUND, OR HAVE THE FINANCIAL MEANS TO RETAIN, BUT ALSO THE MASS OF EDUCATED LEGAL STUDENTS, AND SCHOLARS.
(WILLIAMS V. KULLMAN, 722 F.2d 1048, 1050 (2nd Cir. 1983));
A FINDING OF EXCEPTIONAL CIRCUMSTANCES REQUIRES AN EVALUATION OF "BOTH", THE PLAINTIFF'S SUCCESS ON THE MERITS, AND THE ABILITY OF PLAINTIFF'S TO ARTICULATE HIS CASE.

[2.]

~~[scribbled out]~~

"MORE RECENTLY, IN 1995 A FEDERAL COURT ALSO FOUND THAT THE ENTIRE CALIFORNIA PRISON SYSTEM PROVIDED CONSTITUTIONALLY INADEQUATE MENTAL HEALTH CARE"
(COLEMAN V. WILSON (E.D. Cal) 912 F. SUPP, 1282.)

"WANTON", MEANS ACTING WITH "DELIBERATE INDIFFERENCE"
(WILSON V. SEITER (1991) 501 U.S. 294, 302 [111 S.Ct. 2321]);
(ESTELLE V. GAMBLE (1976) 429 U.S. 97, 104 [97 S.Ct. 285]

"IN EXHAUSTION OF ADMINISTRATIVE REMEDIES IN FEDERAL CIVIL RIGHTS SUITS; THERE IS NO REQUIREMENT THAT A PRISONER MUST FIRST EXHAUST STATE JUDICIAL REMEDIES. (ELLIS V. DYSON (1975) 421 U.S. 426, 432-433 [95 S.Ct. 1621]);

" THE LAW PROVIDES THAT A PRISONER MUST EXHAUST "AVAILABLE" REMEDIES,.... THE NINTH CIRCUIT COURT OF APPEALS - HAVE HELD THAT PRISONER'S DO NOT NEED TO EXHAUST ADMINISTRATIVE REMEDIES IN FEDERAL CIVIL RIGHTS SUITS SEEKING ONLY MONEY DAMAGES; BECAUSE MONEY DAMAGES ARE NORMALLY NOT AVAILABLE THROUGH THE CDCR ADMINISTRATIVE APPEAL PROCESS". (RUMBLES V. HILL, (9th Cir 1999) 182 F.3d 1064); (GARRET V. HAWK, (10th Cir 1997) 127 F.3d 1263-1266). (WHITLEY V. HUNT (5th Cir. 1998) 158 F.3d 882, 886-887).

[3.]

# PROOF OF SERVICE BY MAIL

## BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. 1746)

I, CHRISTOPHER KYLE PRATER, declare that I am over 18 years of age and a party to this action. I am a resident of: CORCORAN STATE PRISON

in the County of: KING COUNTY,

State of California. My prison address is: P.O. BOX 3481 / 4B-3L-41L; CORCORAN, CA 93212

On APRIL 9th, 2008, I served the attached: (TRAVERSE) PLAINTIFF'S OPPOSITION / MEMORANDUM OF POINTS ON AUTHORITY
(Describe Document)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named Correctional Institution in which I am presently confined. The envelope is addressed as follows:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVE.
SAN FRANCISCO, CA 94102-3483

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on APRIL 9th 2008                    Christopher K. Prater V-67110
               (Date)                              (Declarant's Signature)