1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  JULIET B. HALEY
   Deputy Attorney General
5  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
6  State Bar No. 117315
    455 Golden Gate Avenue, Suite 11000
7   San Francisco, CA 94102-3664
    Telephone: (415) 703-1362
8   Fax: (415) 703-1234
    Email: peggy.ruffra@doj.ca.gov
9  Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **CHRISTOPHER PRATER,** | C 07-5382 TEH |
| Petitioner, | **ANSWER TO ORDER TO SHOW CAUSE** |
| v. | |
| **DERRAL ADAMS, Warden,** | |
| Respondent. | |

Respondent hereby provides this answer to the Order to Show Cause why the petition for writ of habeas corpus should not be granted.

**I.**

**CUSTODY**

Petitioner is lawfully in the custody of Derral Adams, Warden of California State Prison - Corcoran,[1] as a result of a judgment of conviction in Case No. SC57263. On December 6, 2004, a San Mateo County jury convicted petitioner of assault with a deadly weapon (Cal. Penal Code §

---

   1. Petitioner did not name the warden at the state prison where he is incarcerated. We have named that individual, Derral Adams, as the respondent.

Answer to Order to Show Cause - C 07-5382 TEH

1

245(a)(1)) and battery resulting in serious bodily injury (Cal. Penal Code § 243(d)), along with great bodily injury and deadly weapon enhancements (Cal. Penal Code §§ 1192.7(c)(8), (c)(23)). The trial court found that petitioner had sustained a prior strike and a prior prison term. On February 1, 2004, the court sentenced petitioner to nine years in prison.

## II.

## GENERAL AND SPECIFIC DENIALS

Respondent denies that the state court's ruling was based on an unreasonable determination of fact or was contrary to or involved an unreasonable application of clearly established United States Supreme Court law. Respondent specifically denies that (1) petitioner received ineffective assistance of trial counsel; (2) the prosecutor committed prejudicial misconduct; and (3) petitioner received ineffective assistance of appellate counsel.

## III.

## PROCEDURAL ISSUES

The claims in the petition are exhausted. The petition is timely within the meaning of 28 U.S.C. § 2244(d).

## IV.

## LODGED DOCUMENTS

Respondent has lodged concurrently with this answer the following exhibits: (1) Clerk's Transcript (2 volumes); (2) Reporter's Transcript (7 volumes); (3) Appellant's Opening Brief; (4) Respondent's Brief; (5) Appellant's Reply Brief; (6) Opinion by California Court of Appeal; (7) Petition for Review; (8) Order denying review; (9) Docket, Case No. A115101; (10) Docket, Case No. S147547; (11) Docket, Case No. S152660.

## V.

## INCORPORATION BY REFERENCE

Respondent hereby incorporates by reference the accompanying memorandum of points and authorities in support of this answer.

///

///

Answer to Order to Show Cause - C 07-5382 TEH

# VI.

# CONCLUSION

Respondent respectfully requests that the petition for writ of habeas corpus be denied.

Dated: May 27, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

JULIET B. HALEY
Deputy Attorney General

/s/ Peggy S. Ruffra

PEGGY S. RUFFRA
Supervising Deputy Attorney General

Attorneys for Respondent

Answer to Order to Show Cause - C 07-5382 TEH

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   *Prater v. Adams*

No.:   **C 07-05382 TEH (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004.

On <u>May 27, 2008</u>, I served the attached **(1) ANSWER TO ORDER TO SHOW CAUSE; (2) MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ANSWER; (3) NOTICE OF LODGING OF, AND INDEX TO, EXHIBITS** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Francisco, California, addressed as follows:

**Christopher Prater
V-67110
California State Prison-Corcoran
P.O. Box 3481
Corcoran, CA 93212**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on May 27, 2008, at San Francisco, California.

|  |  |
|---|---|
| Susan Chiang | *[signature]* |
| Declarant | Signature |

40257965.wpd