1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  JULIET B. HALEY
   Deputy Attorney General
5  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
6  State Bar No. 117315
    455 Golden Gate Avenue, Suite 11000
7   San Francisco, CA 94102-3664
    Telephone: (415) 703-1362
8   Fax: (415) 703-1234
    Email: peggy.ruffra@doj.ca.gov
9  Attorneys for Respondent

10               IN THE UNITED STATES DISTRICT COURT

11             FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                     SAN FRANCISCO DIVISION

| | |
|---|---|
| **CHRISTOPHER PRATER,** | C 07-5382 TEH |
| Petitioner, | **NOTICE OF LODGING OF, AND INDEX TO, EXHIBITS** |
| v. | |
| **DERRAL ADAMS, Warden,** | |
| Respondent. | |

| | | |
|---|---|---|
| | Exhibit 1: | Clerk's Transcript (2 volumes) |
| | Exhibit 2: | Reporter's Transcript (7 volumes) |
| | Exhibit 3: | Appellant's Opening Brief |
| | Exhibit 4: | Respondent's Brief |
| | Exhibit 5: | Appellant's Reply Brief |
| | Exhibit 6: | Opinion by California Court of appeal |
| | Exhibit 7: | Petition for Review |
| | Exhibit 8: | Order denying review |
| | Exhibit 9: | Docket, Case No. A115101 |

1 | Exhibit 10:   Docket, Case No. S147547

2 | Exhibit 11:   Docket, Case No. S152660

Dated: May 27, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

JULIET B. HALEY
Deputy Attorney General

/s/ Peggy S. Ruffra

PEGGY S. RUFFRA
Supervising Deputy Attorney General

Attorneys for Respondent

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   *Prater v. Adams*

No.:   **C 07-05382 TEH (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004.

On May 27, 2008, I served the attached **(1) ANSWER TO ORDER TO SHOW CAUSE; (2) MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ANSWER; (3) NOTICE OF LODGING OF, AND INDEX TO, EXHIBITS** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Francisco, California, addressed as follows:

**Christopher Prater
V-67110
California State Prison-Corcoran
P.O. Box 3481
Corcoran, CA 93212**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on May 27, 2008, at San Francisco, California.

|  Susan Chiang  |  *Signature*  |
| :---: | :---: |
| Declarant | Signature |

40257965.wpd