IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER K. PRATER,<br><br>　　　　　Petitioner,<br><br>　vs.<br><br>FOLSOM STATE PRISON, Warden,<br><br>　　　　　Respondent. | No. C 07-05382 TEH (PR)<br><br>ORDER DENYING MOTION FOR NOTICE OF APPEAL AND GRANTING EXTENSION<br><br>(Docket No. 11) |

Petitioner, a state prisoner currently incarcerated at the California State Prison - Corcoran, has filed a pro se petition for a writ of habeas corpus under 28 U.S.C. § 2254 challenging his state conviction. On May 27, 2008, Respondent filed an answer to the petition. Thereafter, Petitioner filed a motion seeking to file a notice of appeal in the instant case. However, Petitioner's motion is filed in error, as no judgment has been rendered in this action. Therefore, the motion is DENIED as moot (docket no. 11). Petitioner will be granted an extension of thirty days in which to file a traverse, should he choose to do so.

IT IS SO ORDERED.

DATED: 07/23/08

　　　　　　　　　　　　　　　　　THELTON E. HENDERSON
　　　　　　　　　　　　　　　　　United States District Judge