1  CHRISTOPHER K. PRATER

2  V-67110

3  P.O. Box 8800 / B303-141L

4  CORCORAN, CA 93212

5

6  UNITED STATES COURT OF APPEALS

7  FOR THE NINTH CIRCUIT OF CALIFORNIA

8

9  CHRISTOPHER K. PRATER          CASE No. C 07-05382 TEH (PR)

10            PLAINTIFF            PLAINTIFF'S MOTION

11  V.                            FOR STAY OF JUDGMENT

12  DERRAL ADAMS, WARDEN          UNTILL DECISION OF

13            DEFENDANT           NORTHERN DISTRICT COURT.

14

15  ON MAY 27, 2008 APPELLANT RECEIVED ANSWER

16  FROM THE DISTRICT COURTS UNDER WARDEN ; DERRAL ADAMS ;

17  PETITIONER WAITED BUT NO JUDGMENT WAS GIVEN; ONLY THE

18  MOTION FROM , WARDEN. PETITIONER OBSERVED THAT THE

19  RESPONDENT REQUEST TO HAVE PLAINTIFF'S MOTION DENIED.

20       UPON THAT DECISION, PETITIONER FELT THAT HIS MOTION

21  HAD BEEN ANSWERED. PLAINTIFF RESPECTFULLY REQUESTS THAT

22  PETITIONER'S CASE BE, "STAYED FOR JUDGMENT" UNTILL DECISION OF

23  JUDGE THELTON E. HENDERSON.

24  DATED : JULY 31, 2008

25

26                 RESPECTFULLY SUBMITTED BY :

27                 Christopher K. Prater, V-67110

28                          PRO/SE

URT PAPER
TE OF CALIFORNIA
113 (REV. 8-72)

3-769

1
2
3
4
5
6

IN THE UNITED STATES DISTRICT COURT

7

FOR THE NORTHERN DISTRICT OF CALIFORNIA

8
9

CHRISTOPHER K. PRATER,                    )        No. C 07-05382 TEH (PR)
                                          )
10                                        )
                    Petitioner,           )        ORDER DENYING MOTION FOR
11                                        )        NOTICE OF APPEAL AND
        vs.                               )        GRANTING EXTENSION
12                                        )
                                          )        (Docket No. 11)
13      FOLSOM STATE PRISON, Warden,      )
                                          )
14                  Respondent.           )
                                          )
15 _____)

16        Petitioner, a state prisoner currently incarcerated at the California State Prison -

17  Corcoran, has filed a pro se petition for a writ of habeas corpus under 28 U.S.C. § 2254

18  challenging his state conviction.   On May 27, 2008, Respondent filed an answer to the

19  petition.  Thereafter, Petitioner filed a motion seeking to file a notice of appeal in the

20  instant case.  However, Petitioner's motion is filed in error, as no judgment has been

21  rendered in this action.  Therefore, the motion is DENIED as moot (docket no. 11).

22  Petitioner will be granted an extension of thirty days in which to file a traverse, should he

23  choose to do so.

24  IT IS SO ORDERED.

25  DATED:  7/23/08

                                          THELTON E. HENDERSON
26                                        United States District Judge

27

28

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER KYLE PRATER,

Case Number: CV07-05382 TEH

Plaintiff,

**CERTIFICATE OF SERVICE**

v.

WARDEN et al,

Defendant.
_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 23, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Christopher K. Prater #V-67110
California State Prison-Corcoran
P.O. Box 3481, 4B-3L-30L
Corcoran, CA 93212

Dated: July 23, 2008

Richard W. Wieking, Clerk
By: R.B. Espinosa, Deputy Clerk

# PROOF OF SERVICE BY MAIL

## BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. 1746)

I, _CHRISTOPHER K. PRATER_, declare that I am over 18

years of age and a party to this action. I am a resident of: _CONCORAH STATE PRISON;_

_P.O. Box 8800 / B303·14/L ; CORCORAN, CA 93212_,

in the County of: _CORCORAN_,

State of California. My prison address is: _P.O. Box 8800 / B303·14/L ; CORCORAN_

_STATE PRISON, CORCORAN CA, 93212_

On _July 31_, 20_08_, I served the attached: _PLAINTIFF'S MOTION_

_FOR STAY OF JUDGMENT UNTIL DECISION OF NORTHERN DISTRICT._

(Describe Document)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with

postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named

Correctional Institution in which I am presently confined. The envelope is addressed as follows:

_NINTH CIRCUIT COURT OF APPEALS_

_U.S. COURT OF APPEALS BUILDING_

_P.O. Box 193939_

_SAN FRANCISCO, CA 94119_.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is

true and correct.

Executed on _July 31, 2008_          _Christopher K. Prater, V-67110_
               (Date)                    (Declarant's Signature)