1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

9
10
11
12
13
14
15

| | | |
|---|---|---|
| CHRISTOPHER K. PRATER, | ) | No. C 07-05382 TEH (PR) |
| Petitioner, | ) | |
| | ) | ORDER REGARDING PENDING |
| vs. | ) | MOTIONS |
| | ) | (Docket Nos. 15, 16) |
| FOLSOM STATE PRISON, Warden, | ) | |
| Respondent. | ) | |

16      Petitioner, a state prisoner currently incarcerated at the California State Prison -

17  Corcoran, has filed a pro se petition for a writ of habeas corpus under 28 U.S.C. § 2254

18  challenging his state conviction.   On May 27, 2008, Respondent filed an answer to the

19  petition.  Since that time, Petitioner has filed multiple motions requesting a judgment in

20  this action.  Petitioner's case is now submitted for a decision on the merits.  Petitioner

21  will be notified of any action on the case and he need not file further motions seeking to

22  be informed of when a decision has been entered in this action.  The Clerk shall terminate

23  docket numbers 15 and 16.

24  IT IS SO ORDERED.

25

26  DATED:  01/29/09

_____
27                                          THELTON E. HENDERSON
                                            United States District Judge
28