IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER K. PRATER, | No. C 07-5382 TEH (PR) |
| Petitioner, | ORDER GRANTING PETITIONER'S REQUEST FOR EXTENSION OF TIME TO FILE REQUEST FOR CERTIFICATE OF APPEALABILITY |
| v. | |
| DERRAL ADAMS, Warden, | |
| Respondent. | (Doc. #21) |

Good cause appearing, Petitioner's request for an extension of time to file a Certificate of Appealability is GRANTED. See Fed. R. App. P. 4(a)(5). Petitioner shall file his request for a Certificate of Appealability by no later than October 23, 2009. No further extensions of time will be granted.

The clerk shall terminate the motion in docket number 21.

IT IS SO ORDERED.

DATED   09/16/09

THELTON E. HENDERSON
United States District Judge

G:\PRO-SE\TEH\HC.07\Prater-07-5382-grant eot to file coa.wpd